# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              PLAINTIFF<br><br>            v.<br><br>ARA ARTUNI,<br>akas Ara Harutyunyan, Aro, Araboyi, Arabo, Santos,<br>ALEX AGOPIAN,<br>aka Alik,<br>DAVIT HAZRYAN,<br>akas Davo, Dav, D,<br>VAHAGN STEPANYAN,<br>akas Vee, Vova Titov, Juha Alver, Vahan Stephanian,<br>     Aso Balvanov,"<br>ARVIN ALBERT KAZARYAN,<br>akas Artur, Art,<br>AREG BEZIK,<br>akas Elvis Narek, Narek Bezikian,<br>MANUK MANUKYAN,<br>LEVON ARAKELYAN, and<br>CHRISTIAN SEDANO,<br> aka Bugsee,<br><br>                    DEFENDANT(S) | Initial Indictment:<br><br>    2:25-CR-00434-JLS<br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☒ **Initial Indictment**

    Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is ____9____.
and

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is ____15____ trial days.

---

☐ **Superseding Indictment**

    Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____. The previous number of defendants was _____.
and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

| | |
|---|---|
| June 1, 2025 | |
| _____ | _____ |
| Date | KENNETH R. CARBAJAL<br>Assistant United States Attorney |

**FILED**
CLERK, U.S. DISTRICT COURT
6/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC DEPUTY